**Affirm and Opinion Filed September 21, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00512-CR**

**NIJEL JOHNSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1514038-M**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Evans
Opinion by Justice Pedersen, III

Appellant Nijel Johnson was indicted and charged with aggravated assault causing serious bodily injury. On June 14, 2017, he waived his right to a jury trial and entered a plea of guilty. The trial court deferred adjudication of appellant's guilt and placed him on community supervision for five years.

On July 30, 2018, the State filed its Amended Motion to Revoke Probation or Proceed to Adjudication of Guilt. The trial court conducted a hearing on the State's motion on March 21, 2019. After being properly admonished in writing and orally, appellant entered an open plea of true to the allegation that he had violated terms of his community supervision, including the commission of six new offenses, two of

which involved the use or exhibition of a firearm. His signed judicial confession was entered into evidence. The trial court proceeded to adjudication, found appellant guilty, and assessed his punishment at twenty years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

In this Court, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Bill Pedersen, III//

BILL PEDERSEN, III
JUSTICE

190512f.u05

Do Not Publish
TEX. R. APP. P. 47



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

NIJEL JOHNSON, Appellant

No. 05-19-00512-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas Trial Court Cause No. F-1514038-M. Opinion delivered by Justice Pedersen, III. Chief Justice Burns and Justice Evans participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 21st day of September, 2020.